**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL GERAGHTY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **EAST BRADFORD TOWNSHIP,** | : | |
| **MANDIE CAWLEY CANTLIN and** | : | |
| **JOHN CARROLL** | : | **NO. 21-4733** |

**ORDER**

**NOW**, this 10th day of February, 2022, upon consideration of Defendant, John Carroll's Motion to Dismiss Plaintiff's Complaint (Doc. No. 7) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Counts I (Constructive Discharge), II (Hostile Work Environment), IV (Violation of 42 U.S.C. § 1983), and V (Intentional Infliction of Emotional Distress) against defendant John Carroll are **DISMISSED**.

2. Count III (First Amendment Retaliation) against defendant John Carroll in his official capacity only is **DISMISSED**.

3. The motion is **DENIED** as to Count III against defendant John Carroll in his individual capacity.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.