IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL GERAGHTY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EAST BRADFORD TOWNSHIP,** | : | |
| **MANDIE CAWLEY CANTLIN and** | : | |
| **JOHN CARROLL** | : | **NO. 21-4733** |

## ORDER

**NOW**, this 10th day of February, 2022, upon consideration of Defendants East Bradford Township and Mandie Cantlin's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) (Doc. No. 11) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Counts II (Hostile Work Environment) and IV (Violation of 42 U.S.C. § 1983) are **DISMISSED** as to defendants East Bradford Township and Mandie Cawley Cantlin.

2. Count III (First Amendment Retaliation) against defendant Mandie Cawley Cantlin in her official capacity only is **DISMISSED**.

3. The Motion is **DENIED** as to Counts I (Constructive Discharge) and III (First Amendment Retaliation) against defendant East Bradford Township and defendant Mandie Cawley Cantlin in her individual capacity.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.